**Order entered May 13, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00635-CR
No. 05-13-01385-CR
No. 05-13-01386-CR

**DAARON BUYCKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-35389-N, F12-33600-N, F12-34766-N**

## ORDER

The Court **GRANTS** appellant's May 2, 2014 motion to supplement the reporter's record.

We **ORDER** Sandra Hughes, the official court reporter for the 195th Judicial District Court, to file a supplemental reporter's record, within **FIFTEEN (15) DAYS** from the date of this order, that contains the original plea hearing for trial cause no. F12-33600-N.

We **ORDER** appellant to file the brief within **THIRTY (30) DAYS** from the date of this order.

/s/ DAVID EVANS
   JUSTICE